# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

## JUDGMENT

**WILLIAM LEONARD PICKARD**
          **Plaintiff,**

v.                                                      **CIVIL NO. 08-4012-RDR**

**UNITED STATES OF AMERICA,**
          **Defendant.**

( )   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(X)**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

          **IT IS ORDERED AND ADJUDGED** PURSUANT to the Memorandum and Order filed on April 6, 2009 in case number 00-40104-01-RDR  that the motion by defendant pursuant to 28:2255 is denied.


          **Dated:  April 6, 2009**                              **RALPH L. DeLOACH, CLERK**


                                                                                    **s/ Mary E. Hill**
                                                                                    **Deputy Clerk**


cc: all parties